No. 90–1097.  DOLENZ v. STUART YACHT BUILDERS, INC., 499 U. S. 921;

No. 90–1198.  BATOR v. WASHOE COUNTY BUILDING DEPARTMENT ET AL., 499 U. S. 922;

No. 90–1221.  LITTON INDUSTRIAL AUTOMATION SYSTEMS, INC., ET AL. v. GENERAL ELECTRIC CO., 499 U. S. 937;

No. 90–6185.  CORTES v. BELASKI, WARDEN, ET AL., 499 U. S. 907;

No. 90–6351.  IN RE BAUER, 499 U. S. 904;

No. 90–6692.  ROYAL v. EXXON CHEMICAL U. S. A., CHEMICAL DEPARTMENT, 499 U. S. 908;

No. 90–6720.  ESPARZA v. WOODS, 499 U. S. 909;

No. 90–6755.  GILBERT v. BODOVITZ ET AL., 499 U. S. 909;

No. 90–6815.  MORRISON v. OXENDINE ET AL., 499 U. S. 925;

No. 90–6914.  MARTIN v. PENNSYLVANIA REAL ESTATE COMMISSION ET AL., 499 U. S. 927;

No. 90–6935.  MOORE v. MASCHNER ET AL., 499 U. S. 928;

No. 90–6962.  KARIM-PANAHI v. REAGAN ET AL., 499 U. S. 928;

No. 90–6982.  WILLIAMS ET UX. v. KANSTOROOM ET AL., 499 U. S. 929;

No. 90–6983.  WILLIAMS ET UX. v. KANSTOROOM ET AL., 499 U. S. 939; and

No. 90–7012.  MARTIN v. FARNAN ET AL., 499 U. S. 940.  Petitions for rehearing denied.

No. 90–6308.  GRAY v. BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF EL PASO, COLORADO, ET AL., 498 U. S. 1038. Motion for leave to file petition for rehearing denied.